# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>IDC ENTERPRISES, INC.,<br>    Debtor. | Case No. 20-20081-TLM<br><br>Chapter 11, Subchapter V |

**NOTICE OF HEARING (CHAPTER 11, SUBCHAPTER V**

**STATUS CONFERENCE), AND ORDER**

On Thursday, February 27, 2020, IDC Enterprises, Inc. ("Debtor"), filed a petition under chapter 11, subchapter V of the Bankruptcy Code.

Therefore, pursuant to 11 U.S.C. § 1188:

NOTICE IS HEREBY GIVEN that a video status conference is scheduled for **Monday, April 13, 2020**, at 10:00 a.m. Mountain; 9:00 a.m. Pacific.  Parties may appear at either the James A McClure Federal Building and United States Courthouse at 550 W. Fort St., Boise, Idaho or at the United States Courthouse, 6450 North Mineral Drive, Coeur d'Alene, Idaho.

Further:

IT IS HEREBY ORDERED that:

1. Debtor shall file a pre-status conference report as required by 11 U.S.C.

    § 1188(c) no later than Monday, March 30, 2020.

2. At the April 13, 2020 status conference, Debtor shall be prepared to address, at a minimum, the following issues:

NOTICE OF HEARING, AND ORDER - 1

    a. The efforts Debtor has taken and will undertake to attain a consensual plan of reorganization.

    b. Whether Debtor anticipates a "cramdown" of any secured interest(s).

    c. The time period Debtor anticipates it will commit to pay its disposable income to creditors under a plan.

    d. The estimated amount of disposable income Debtor anticipates it will distribute to creditors over the life of the plan and the source of such income.

    e. The results of Debtor's liquidation analysis.

    f. Whether Debtor believes it will file a plan within 90 days as required by 11 U.S.C. § 1189(b).

DATED: February 28, 2020

TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

NOTICE OF HEARING, AND ORDER - 2