# INITIAL FINANCIAL REPORT FOR CHAPTER 11 DEBTORS

Case No. 20-20081-TLM
Debtor  IDC ENTERPRISES, INC.

**THIS REPORT MUST BE SUBMITTED TO THE U.S. TRUSTEE WITHIN 14 DAYS AFTER THE PETITION IS FILED.**
Debtor must attach each of the following documents or an explanation for the failure to attach the document.

## REQUIRED DOCUMENTS

Mark One Box for Each Required Document

| # | Document | Document Attached | Previously Filed | Explanation Attached |
|---|---|---|---|---|
| 1 | Most recently filed Federal income tax return. | ❏ | x | ❏ |
| 2 | Financial statements for the most recent year-end (i.e., balance sheet income statement, and cash flow statement) | ❏ | x | ❏ |
| 3 | Most recent monthly financial statements (i.e., month-end balance sheet, income statement, and cash flow statement) | ❏ | x | ❏ |
| 4 | Certificates of Insurance | | | |
|   | General Liability Insurance | ❏ | ❏ | ❏ |
|   | Property (Fire, Theft, etc.) Insurance | ❏ | ❏ | ❏ |
|   | Workers' Compensation Insurance | ❏ | ❏ | ❏ |
|   | Vehicle Insurance: | ❏ | ❏ | ❏ |
|   | Other: | ❏ | ❏ | ❏ |
| 5 | Debtor in Possession Bank Account Information | | | |
|   | Account number, name and address of financial institution for each account | x | ❏ | ❏ |
|   | Sample voided check for each account | ❏ | x | ❏ |
| 6 | Bank statements for the 90 days prior to the petition date for pre-petition accounts | ❏ | x | ❏ |
| 7 | Individual Debtors only: pay statements for 60 days prior to petition date | ❏ | ❏ | ❏ |
| 8 | Six-Month Cash Projection  Business Debtors: use form UST-1A  Non-Business Debtors: use form UST-1B | ❏ | ❏ | ❏ |

I declare under penalty of perjury that the information contained in this Initial Financial Report, including any attachments thereto, is true and correct to the best of my knowledge and belief.

Date: 05/21/2020

Signature(s): Annette Moore
            /s/ Annette Moore
Title: _____

United States Trustee-District of Idaho

UST-1
January 2009

**SIX-MONTH POST-PETITION CASH PROJECTIONS**
**(CHAPTER 11 BUSINESS DEBTOR)**

Case No: 20-20081-TLM
Debtor: IDC ENTERPRISES, INC.

| | MAR | APR | MAY | JUNE | JULY | AUG | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | (5,375) | (16,675) | (27,850) | (9,851) | (20,051) | |
| **CASH RECEIPTS** | | | | | | | |
| Cash Sales | | | | 30,000 | | | 30,000 |
| Collection of Receivables | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | | | | 30,000 | | | 30,000 |
| **CASH DISBURSEMENTS** | | | | | | | |
| Hauling/trucking | | | 2,200 | 2,950 | 2,500 | 2,500 | 10,150 |
| Employee Benefits | | | | | | | |
| Insurance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 |
| Inventory Purchases | | | | | | | |
| Officer Salaries | | | | | | | |
| Other Salaries/Wages | | | | | | | |
| Payroll Taxes | | | | | | | |
| Rent and Lease Payments | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 8,400 |
| Repairs and Maintenance | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 |
| Secured Debt Payments | | | | | | | |
| Supplies (varies by job) | | | | | | | |
| Utilities (local avg.) | 575 | 575 | 575 | 575 | 575 | 575 | 3,450 |
| Professional Fees* | | | | | | | |
| UST Quarterly Fees | | 325 | | | 325 | | 650 |
| | | | | | | | |
| Other: Misc. Job Fees | | | | | | | |
| Other: Fuel | 2,400 | 2,400 | 4,000 | 4,000 | 2,400 | 2,400 | 17,600 |
| Other: Registrations/Permits | | 3,600 | * | 76 | | | 3,676 |
| **TOTAL CASH DISBURSEMENTS** | 5,375 | 11,300 | 11,175 | 12,001 | 10,200 | 9,875 | 59,926 |
| **NET CASH FLOW** | (5,375) | (11,300) | (11,175) | 17,999 | (10,200) | (9,875) | (29,926) |
| **Ending Cash Balance** | (5,375) | (16,675) | (27,850) | (9,851) | (20,051) | (29,926) | (29,926) |

*Requires Court approval

NOTES:
Idaho Forest Group in Grangeville not taking logs until April or May. Debtor has logs to deliver when available
Debtor has job in Alaska, starting in May, payment est. in June, $30,000.
Costs for trucking, fuel, etc., depend wholly on production of logs and costs bid by subcontractors. Not known yet
Payroll and employee numbers not listed; depends wholly on job and timing. Ranges from 0 in winter/spring to over 20 in some years

DATED MARCH 16, 2020

/S/ JASON LUNDERS
Jason Lunders, President

United States Trustee-District of Idaho

UST-1A
January 2009

# SIX-MONTH POST-PETITION CASH PROJECTIONS
## (CHAPTER 11 NON-BUSINESS DEBTOR)

Case No: 20-20081-TLM
Debtor: IDC ENTERPRISES, INC.

| | Month: | Month: | Month: | Month: | Month: | Month: | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | | |
| **CASH RECEIPTS** | | | | | | | |
| Net Wages | | | | | | | |
| Rental Income | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto Loan/Lease Payments | | | | | | | |
| Domestic Support Obligations | | | | | | | |
| Insurance | | | | | | | |
| Mortgage Payments | | | | | | | |
| Other Secured Debt Payments | | | | | | | |
| Personal Living Expenses | | | | | | | |
| Rent | | | | | | | |
| Professional Fees* | | | | | | | |
| UST Quarterly Fees | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | | | | | | | |
| **NET CASH FLOW** | | | | | | | |
| **Ending Cash Balance** | | | | | | | |

*Requires Court approval

United States Trustee-District of Idaho

UST-1B
January 2009

# CHAPTER 11 MONTHLY OPERATING REPORT

Case No. 20-20081-TLM

Report Month/Year  Apr-20

Debtor  IDC ENTERPRISES, INC.

This report is due 21 days after the end of the month. Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement. The report must be filed with the Court. A signed hard copy must be provided to the U.S. Trustee.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|---|---|
| UST-2A | Comparative Balance Sheet   *This item is in process.* | ❏ | x |
| UST-2B | Comparative Income Statement | x | ❏ |
| UST-2C | Cash Receipts and Disbursements Statement | x | ❏ |
|  | UST-2C Continuation Sheet for Each Account | x | ❏ |
|  | Detailed List of Receipts and Disbursements for Each Account | x | ❏ |
|  | Bank Statement for Each Account | x | ❏ |
|  | Bank Reconciliation for Each Account | x | ❏ |
| UST-2D | Supplemental Information | ❏ | x |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date: 05-21-2020

Name: Annette Moore

Signature: *Annette Moore*

Title: _____

United States Trustee-District of Idaho

UST-2
January 2009

| CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET | | |
|---|---|---|
| Case No.  20-20081-TLM | Report Month/Year | Apr-20 |
| Debtor  IDC ENTERPRISES, INC. | | |

| | Current Month | Petition Date |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
|    Cash | $ _____ | $ _____ |
|    Accounts Receivable | _____ | _____ |
|    Receivable from Officers, Employees, Affiliates | _____ | _____ |
|    Inventory | _____ | _____ |
|    Other Current Assets :(List)  _____ | _____ | _____ |
|    _____ | _____ | _____ |
|    _____ | _____ | _____ |
|    Total Current Assets | _____ | _____ |
| Fixed Assets: | | |
|    Land | _____ | _____ |
|    Building | _____ | _____ |
|    Equipment, Furniture and Fixtures | _____ | _____ |
|    Total Fixed Assets | _____ | _____ |
|      Less: Accumulated Depreciation | ( _____ ) | ( _____ ) |
|    Net Fixed Assets | _____ | _____ |
| Other Assets (List):  _____ | _____ | _____ |
|    _____ | _____ | _____ |
| **TOTAL ASSETS** | $ _____ | $ _____ |
| **LIABILITIES** | | |
|    Post-petition Trade Accounts Payable | $ _____ | $ _____ |
|    Post-petition Accrued Profesional Fees | _____ | _____ |
|    Post-petition Taxes Payable | _____ | _____ |
|    Post-petition Notes Payable | _____ | _____ |
|    Other Post-petition Payables (List): _____ | _____ | _____ |
|    _____ | _____ | _____ |
|    Total Post Petition Liabilities | _____ | _____ |
| Pre Petition Liabilities: | | |
|    Secured Debt | _____ | _____ |
|    Priority Debt | _____ | _____ |
|    Unsecured Debt | _____ | _____ |
|    Total Pre Petition Liabilities | _____ | _____ |
| **TOTAL LIABILITIES** | _____ | _____ |
| **OWNERS' EQUITY** | | |
|    Owner's/Stockholder's Equity | _____ | _____ |
|    Retained Earnings - Prepetition | _____ | _____ |
|    Retained Earnings - Post-petition | _____ | _____ |
| **TOTAL OWNERS' EQUITY** | _____ | _____ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ _____ | $ _____ |

*Explain any significant changes on Form UST-2D, Supplemental Information*

United States Trustee-District of Idaho

UST-2A
January 2009

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**

Case No. 20-20081-TLM  
Debtor: IDC ENTERPRISES, INC.  
Report Month/Year: Apr-20

| | Current Month | Total Post-Petition |
|---|---:|---:|
| GROSS SALES/REVENUE | $ | $ 5,866 |
| Less: Discounts, Returns and Allowances | | |
| Net Sales/Revenue | | 5,866 |
| | | |
| Cost of Sales: | | |
| Beginning Inventory | $ | |
| Add: Purchases | | |
| Less: Ending Inventory | ( ) | |
| Cost of Goods Sold | | |
| | | |
| GROSS PROFIT | $ | $ 5,866 |
| | | |
| Operating Expenses: | | |
| Officers' Salaries | | |
| Other Salaries | | |
| Employee Benefits/Payroll Taxes | | |
| Insurance | | 3,054 |
| Rent and Lease Payments | | 1,000 |
| Other (list):  Auto | | 303 |
| Bank Charges | 70 | 70 |
| License & Permits | | 326 |
| Lodging | 266 | 531 |
| Office | 61 | 61 |
| Utilities | 66 | 1,321 |
| Total Operating Expenses | 463 | 6,667 |
| | | |
| OPERATING INCOME (LOSS) | $ (463) | $ (801) |
| | | |
| Add: Other Income | | |
| Less: Interest Expense | | |
| Less: Professional Fees and Other Reorganization Expenses | | |
| Other Adjustments to Income (explain) | | |
| Gain (Loss) on Sale of Assets | | |
| | | |
| NET INCOME (LOSS) BEFORE TAXES | $ (463) | $ (801) |
| | | |
| Income Tax Expense (Benefit) | | |
| | | |
| NET INCOME (LOSS) | $ (463) | $ (801) |

### CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT
### (Non-Business Debtor)

Case No. 20-20081-TLM  
Debtor: IDC ENTERPRISES, INC.  
Report Month/Year: Apr-20

| | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | | |
| Net Wages | $ | $ |
| Rental Income | | |
| Sale of Assets | | |
| Post-Petition Borrowing | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH INCOME** | $ | $ |
| **CASH EXPENSES** | | |
| Auto Loan/Lease Payments | | |
| Domestic Support Obligations | | |
| Insurance | | |
| Mortgage Payments | | |
| Other Secured Debt Payments | | |
| Personal Living Expenses | | |
| Rent | | |
| Professional Fees | | |
| UST Quarterly Fees | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH EXPENSES** | $ | $ |
| **NET CASH INCOME** | $ | $ |

United States Trustee-District of Idaho

UST-2B  
Non-Business  
January 2009

UST-2C

```
┌─────────────────────────────────────────────────────────────┐
│           CHAPTER 11 MONTHLY OPERATING REPORT -             │
│           CASH RECEIPTS AND DISBURSEMENTS STATEMENT         │
│                                                             │
│  Case No.  20-20081-TLM                Report Month/Year    Apr-20
│  Debtor    IDC ENTERPRISES, INC.                            │
└─────────────────────────────────────────────────────────────┘
```

| SUMMARY | Current Month | Total Post-Petition |
|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ 208 | $ 446 |
| Wells Fargo account opened with $100 deposit. | | |
| **Total cash receipts** (from UST-2C continuation sheets) | 300 | 6,266 |
| **Total cash disbursements** from (UST-2C continuation sheets) | 463 | 6,667 |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ (163) | (401) |
| **Ending cash balance, per Debtor's books (all accounts)** | $ 45 | $ 45 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

United States Trustee-District of Idaho

UST-2C
January 2009

# CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No. 20-20081-TLM  
Debtor IDC ENTERPRISES, INC.  
Report Month/Year Apr-20

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:** Umpqua Bank  
**Account number:** 9908008346

**Beginning cash balance, per Debtor's books**  $ 108

Add: Transfers in from other estate bank accounts   400  
Cash receipts deposited to this account

Subtract: Transfers out to other estate bank accounts  
**Cash disbursements** from this account   463

Adjustments, if any (explain)

**Net cash flow**  $ (63)  
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**  $ 45  
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | X | ☐ |
| • Bank statement | X | ☐ |
| • Bank reconcilation | X | ☐ |

United States Trustee-District of Idaho

UST-2C  
Continuation Sheet  
January 2009

# UMPQUA BANK

April 30, 2020   Page:   **1 of 2**

Customer Service:
1-866-486-7782

IDC ENTERPRISES INC
450 WHITEBIRD ST
GRANGEVILLE ID 83530-6005

Last statement: March 31, 2020
This statement: April 30, 2020

> Improve cash flow, streamline accounts payable and simplify bookkeeping with Umpqua card solutions for businesses. Features include company spending reports and online reporting tools to easily track and monitor employee spending. Contact your Umpqua Bank Relationship Manager for details.

## BUSINESS FREE CHECKING

| | | | |
|---|---:|---|---:|
| Account number | 9908008346 | Beginning balance | $107.54 |
| Low balance | -$284.86 | Deposits/Additions | $300.00 |
| Average balance | -$56.88 | Withdrawals/Subtractions | $401.39 |
| Interest earned | $0.00 | Ending balance | $6.15 |

### Deposits/Additions

| Date | Description | Additions |
|---|---|---:|
| 04-29 | Deposit | 300.00 |
| **Total Additions** | | **$300.00** |

### ACH and Electronic Payments/Subtractions

| Date | Description | Subtractions |
|---|---|---:|
| 04-16 | ACH Debit Westmark Credit Payment 20200416 | 265.59 |
| **Total ACH and Electronic Payments/Subtractions** | | **$265.59** |

### Card Transactions/Withdrawals

| Date | Description | Subtractions |
|---|---|---:|
| 04-15 | POS Purchase Terminal Vbase2 Apple.Com/Bill 866-712-7 CA Xxxxxxxxxxxx4169 | .99 |
| 04-20 | POS Purchase Terminal Vbase2 Sxm*siriusxm.Com/A Cct 888-635-5 NY Xxxxxxxxxxxx4169 | 55.82 |
| 04-30 | POS Purchase Terminal Vbase2 Apple.Com/Bill 866-712-7 CA Xxxxxxxxxxxx4169 | 8.99 |
| **Total Card Transactions/Withdrawals** | | **$65.80** |

Member FDIC    Equal Housing Lender    SBA Preferred Lender

IDC ENTERPRISES INC                                                                                           April 30, 2020   Page: **2** of **2**

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 04-16 | Overdraft Fee For Overdraft ACH Debit 031101114967591 | 35.00 |
| 04-20 | Overdraft Fee For Overdraft POS Purchase 000001001240000 | 35.00 |
| **Total Other Withdrawals/Subtractions** | | **$70.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 107.54 | 04-16 | -194.04 | 04-29 | 15.14 |
| 04-15 | 106.55 | 04-20 | -284.86 | 04-30 | 6.15 |

### Overdraft Fee Summary

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $70.00 | $280.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Checks

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for -$0.00

2:29 PM
05/20/20

# IDC ENTERPRISES, INC.
## Reconciliation Summary
### Umpqua Bank 8346B, Period Ending 04/30/2020

|  | Apr 30, 20 |  |
|---|---|---|
| **Beginning Balance** |  | 107.54 |
| **Cleared Transactions** |  |  |
|     Checks and Payments - 6 items | -401.39 |  |
|     Deposits and Credits - 1 item | 300.00 |  |
| **Total Cleared Transactions** | -101.39 |  |
| **Cleared Balance** |  | 6.15 |
| **Register Balance as of 04/30/2020** |  | 6.15 |
| **Ending Balance** |  | 6.15 |

2:29 PM
05/20/20

# IDC ENTERPRISES, INC.
# Reconciliation Detail
## Umpqua Bank 8346B, Period Ending 04/30/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 107.54 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 04/15/2020 | | ITUNES | X | -0.99 | -0.99 |
| Check | 04/16/2020 | | Westmark Credit Union | X | -265.59 | -266.58 |
| Check | 04/16/2020 | | Paid Item Fee | X | -35.00 | -301.58 |
| Check | 04/20/2020 | | SIRIUS RADIO | X | -55.82 | -357.40 |
| Check | 04/20/2020 | | Paid Item Fee | X | -35.00 | -392.40 |
| Check | 04/30/2020 | | ITUNES | X | -8.99 | -401.39 |
| Total Checks and Payments | | | | | -401.39 | -401.39 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/20/2020 | | | X | 300.00 | 300.00 |
| Total Deposits and Credits | | | | | 300.00 | 300.00 |
| Total Cleared Transactions | | | | | -101.39 | -101.39 |
| **Cleared Balance** | | | | | -101.39 | 6.15 |
| **Register Balance as of 04/30/2020** | | | | | -101.39 | 6.15 |
| **Ending Balance** | | | | | -101.39 | 6.15 |

# Wells Fargo Business Choice Checking

April 30, 2020 ■ Page 1 of 3



IDC ENTERPRISES, INC
DEBTOR IN POSSESSION
CH 11 CASE #20-20081(ID)
450 WHITEBIRD ST
GRANGEVILLE ID 83530-6005

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $100.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 61.30 |
| **Ending balance on 4/30** | **$38.70** |
| Average ledger balance this period | $65.26 |

Account number:  2786986048

IDC ENTERPRISES, INC
DEBTOR IN POSSESSION
CH 11 CASE #20-20081(ID)

Idaho account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):  124103799

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0023030
Sheet 00001 of 00002

April 30, 2020 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/14 | | Harland Clarke Check/Acc. 041320 00020697575482 ldc Enterprises, Inc | | 61.30 | 38.70 |
| Ending balance on 4/30 | | | | | 38.70 |
| Totals | | | $0.00 | $61.30 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $14.00 | You paid $0.00 |

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Average ledger balance | $7,500.00 | $65.00 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

10:12 PM
05/20/20

# IDC ENTERPRISES, INC.
## Reconciliation Summary
### Wells Fargo DIP 6048, Period Ending 04/30/2020

|  | Apr 30, 20 |  |
|---|---|---|
| **Beginning Balance** |  | 100.00 |
| **Cleared Transactions** |  |  |
|     Checks and Payments - 1 item | -61.30 |  |
| **Total Cleared Transactions** | -61.30 |  |
| **Cleared Balance** |  | **38.70** |
| **Register Balance as of 04/30/2020** |  | 38.70 |
| **Ending Balance** |  | 38.70 |

10:12 PM
05/20/20

# IDC ENTERPRISES, INC.
# Reconciliation Detail
### Wells Fargo DIP 6048, Period Ending 04/30/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 100.00 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 04/14/2020 | | HARLAND CLARKE | X | -61.30 | -61.30 |
|     Total Checks and Payments | | | | | -61.30 | -61.30 |
|   Total Cleared Transactions | | | | | -61.30 | -61.30 |
| **Cleared Balance** | | | | | -61.30 | 38.70 |
| **Register Balance as of 04/30/2020** | | | | | -61.30 | 38.70 |
| **Ending Balance** | | | | | -61.30 | 38.70 |

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

Case No. 20-20081-TLM  
Debtor IDC ENTERPRISES, INC  
Report Month/Year Apr-20

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1 Unpaid post-petition taxes from prior reporting month | 2 Post-petition taxes accrued this month (new obligations) | 3 Post-petition tax payments made this reporting month | 4 Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| **Total unpaid post-petition taxes** | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other: | | | | |
| Other: | | | | |

If any policies were renewed or replaced during reporting period, attach new certificate of insurance.

United States Trustee-District of Idaho

UST-2D  
Page 1 of 2  
January 2009

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No. 20-20081-TLM
Debtor IDC ENTERPRISES, INC.
Report Month/Year Apr-20

### Accounts Receivable Aging Summary (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  |  |  |
| Post-petition receivables |  |  |  |  |  |
| Total |  |  |  |  |  |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables |  |  |  |  |  |
| Other Payables |  |  |  |  |  |
| Total |  |  |  |  |  |

### Personnel Changes

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month |  |  |
| Number of employees at end of month |  |  |

### Other Information

|  | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | ☐ | X |
| **Sale of Assets** Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchaser, sale price, net proceeds received, and date of court approval.* | ☐ | X |
| **Post-Petition Financing** Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | ☐ | X |

### Narrative

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

## CHAPTER 11 POST-CONFIRMATION QUARTERLY REPORT

Case No: 20-20081-TLM
Debtor: IDC ENTERPRISES, INC.
For Quarter Ended: Mar-20

### SUMMARY OF RECEIPTS AND DISBURSEMENTS DURING QUARTER:

1. Cash balance, beginning of quarter ................................ $ 446
2. Cash receipts during quarter from all sources ................ 5,866
3. Cash disbursements during quarter, including plan payments ( 6,205 )
4. Cash balance, end of quarter (or as of report date for final report) $ 108

### BREAKDOWN OF AMOUNTS DISBURSED:

| | Paid During Quarter |
|---|---|
| Disbursements for Operations | $ 6,205 |

| Disbursements under Confirmed Plan | Paid During Quarter | Total Paid to Date | Total Pymts. Projected Under Plan |
|---|---|---|---|
| 1. ADMINISTRATIVE EXPENSES | | | |
| Plan Trustee Fees/Expenses | $ | $ | $ |
| Other Professional Fees/Expenses | | | |
| Other Administrative Expenses | | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ | $ | $ |
| 2. SECURED CREDITORS | $ | | |
| 3. PRIORITY CREDITORS | $ | | |
| 4. UNSECURED CREDITORS | $ | | |
| 5. EQUITY SECURITY HOLDERS | $ | | |
| 6. Other: _____ | $ | | |
| TOTAL PLAN PAYMENTS (lines 1 - 6) | $ | $ | $ |
| TOTAL QUARTERLY DISBURSEMENTS | $ 6,205 | | |

### PLAN STATUS:

|   |   | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | ❏ | X |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | ❏ | X |
| 3. | Projected date of application for final decree: _____ | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Reorganized Debtor

Date: 05-21-2020   Signature: Annetta Moore
Title: _____

United States Trustee-District of Idaho

UST-3
January 2009