Randall A. Peterman, ISB No. 1944
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
15244-0001

Attorneys for Viking Lumber Company, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IDC ENTERPRISES, INC.,<br><br>　　　　　　　Debtor. | Case No. 20-20081-TLM<br>Chapter 11 |

**JOINDER IN MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO § 1112(B)**

　　　　　COMES NOW Viking Lumber Company, Inc. ("Viking") and files this Joinder to the Motion to Dismiss Chapter 11 Case Pursuant to **§** 1112(b) ("Motion") (CR 68) filed by the trustee Bank of the Pacific on July 23, 2020.

　　　　　DATED this 29th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　GIVENS PURSLEY LLP


　　　　　　　　　　　　　　　　　　　　　　By  /s/ Randall A. Peterman
　　　　　　　　　　　　　　　　　　　　　　　 Randall A. Peterman – Of the Firm
　　　　　　　　　　　　　　　　　　　　　　　 Attorneys for Viking Lumber Company,
　　　　　　　　　　　　　　　　　　　　　　　 Inc.

**JOINDER IN MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO § 1112(B) - 1**
15238016.1

**CERTIFICATE OF SERVICE-**

I HEREBY CERTIFY that on the 29th day of July, 2020, I filed the foregoing **JOINDER IN MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO § 1112(B)** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| **D Blair Clark**<br>dbc@dbclarklaw.com<br>mbc@dbclarklaw.com<br>maryann@dbclarklaw.com<br>jackie@dbclarklaw.com<br>ecf.dbclaw@gmail.com | **Gary L. Rainsdon**<br>trustee@filertel.com<br>id12@ecfcbis.com<br>lori@filertel.com<br>cblackburn@filertel.com<br>jhancock@filertel.com |
| **Brett R. Cahoon**<br>ustp.region18.bs.ecf@usdoj.gov | **David W. Newman**<br>ustp.region18.bs.ecf@usdoj.gov |
| **Sheila R. Schwager**<br>sschwager@hawleytroxell.com<br>dsorg@hawleytroxell.com | **United States Trustee**<br>ustp.region18.bs.ecf@usdoj.gov |

AND, I FURTHER CERTIFY that on such date I served the foregoing **JOINDER IN MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO § 1112(B)** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| IDC Enterprises, Inc.<br>450 White Bird Street<br>Grangeville, ID 83530 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |
| Annette Moore<br>Bookkeeping Plus<br>4855 S Ten Mile Rd.<br>Meridian, ID 83642 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

                                                          */s/ Randall A. Peterman*
                                                          Randall A. Peterman