## INITIAL FINANCIAL REPORT FOR CHAPTER 11 DEBTORS

Case No.  20-20081-TLM
Debtor    IDC ENTERPRISES, INC.

**THIS REPORT MUST BE SUBMITTED TO THE U.S. TRUSTEE WITHIN 14 DAYS AFTER THE PETITION IS FILED.**
Debtor must attach each of the following documents or an explanation for the failure to attach the document.

**REQUIRED DOCUMENTS**       Mark One Box for Each Required Document

| | Document Attached | Previously Filed | Explanation Attached |
|---|:---:|:---:|:---:|
| 1 Most recently filed Federal income tax return. | ❏ | x | ❏ |
| 2 Financial statements for the most recent year-end (i.e., balance sheet income statement, and cash flow statement) | ❏ | x | ❏ |
| 3 Most recent monthly financial statements (i.e., month-end balance sheet, income statement, and cash flow statement) | x | ❏ | ❏ |
| 4 Certificates of Insurance  . | | | |
| *General Liability Insurance* | x | ❏ | ❏ |
| *Property (Fire, Theft, etc.) Insurance* | x | ❏ | ❏ |
| *Workers' Compensation Insurance* | ❏ | x | ❏ |
| *Vehicle Insurance:* | | ❏ | ❏ |
| *Other:* | x | ❏ | ❏ |
| 5 Debtor in Possession Bank Account Information | | | |
| *Account number, name and address of financial institution for each account* | x | ❏ | ❏ |
| *Sample voided check for each account* | ❏ | x | ❏ |
| 6 Bank statements for the 90 days prior to the petition date for pre-petition accounts | ❏ | x | ❏ |
| 7 Individual Debtors only:  pay statements for 60 days prior to petition date | ❏ | ❏ | ❏ |
| 8 Six-Month Cash Projection | ❏ | ❏ | ❏ |
| *Business Debtors:  use form UST-1A* | | | |
| *Non-Business Debtors:  use form UST-1B* | | | |

I declare under penalty of perjury that the information contained in this Initial Financial Report,
including any attachments thereto, is true and correct to the best of my knowledge and belief.

Date: *08-24-2020*

Signature(s): Annette Moore

Title: *Accountant*

**SIX-MONTH POST-PETITION CASH PROJECTIONS**
**(CHAPTER 11 BUSINESS DEBTOR)**

Case No    20-20081-TLM
Debtor    IDC ENTERPRISES, INC.

| | MAR | APR | MAY | JUNE | JULY | AUG | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | (5,375) | (16,675) | (27,850) | (9,851) | (20,051) | |
| **CASH RECEIPTS** | | | | | | | |
| Cash Sales | | | | 30,000 | | | 30,000 |
| Collection of Receivables | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | | | | 30,000 | | | 30,000 |
| **CASH DISBURSEMENTS** | | | | | | | |
| Hauling/trucking | | | 2,200 | 2,950 | 2,500 | 2,500 | 10,150 |
| Employee Benefits | | | | | | | |
| Insurance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 |
| Inventory Purchases | | | | | | | |
| Officer Salaries | | | | | | | |
| Other Salaries/Wages | | | | | | | |
| Payroll Taxes | | | | | | | |
| Rent and Lease Payments | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 8,400 |
| Repairs and Maintenance | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 |
| Secured Debt Payments | | | | | | | |
| Supplies (varies by job) | | | | | | | |
| Utilities (local avg.) | 575 | 575 | 575 | 575 | 575 | 575 | 3,450 |
| Professional Fees* | | | | | | | |
| UST Quarterly Fees | | 325 | | | 325 | | 650 |
| Other: Misc. Job Fees | | | | | | | |
| Other: Fuel | 2,400 | 2,400 | 4,000 | 4,000 | 2,400 | 2,400 | 17,600 |
| Other: Registrations/Permits | | 3,600 | | 76 | | | 3,676 |
| **TOTAL CASH DISBURSEMENTS** | 5,375 | 11,300 | 11,175 | 12,001 | 10,200 | 9,875 | 59,926 |
| **NET CASH FLOW** | (5,375) | (11,300) | (11,175) | 17,999 | (10,200) | (9,875) | (29,926) |
| **Ending Cash Balance** | (5,375) | (16,675) | (27,850) | (9,851) | (20,051) | (29,926) | (29,926) |

*Requires Court approval

NOTES:
Idaho Forest Group in Grangeville not taking logs until April or May. Debtor has logs to deliver when available
Debtor has job in Alaska, starting in May, payment est. in June, $30,000.
Costs for trucking, fuel, etc., depend wholly on production of logs and costs bid by subcontractors. Not known yet
Payroll and employee numbers not listed; depends wholly on job and timing. Ranges from 0 in winter/spring to over 20 in some years

DATED MARCH 16, 2020

/S/ JASON LUNDERS
Jason Lunders, President

UST-1A
January 2009

# CHAPTER 11 MONTHLY OPERATING REPORT

Case No. 20-20081-TLM                                        Report Month/Year   Jul-20

Debtor        IDC ENTERPRISES, INC.

This report is due 21 days after the end of the month. Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement. The report must be filed with the Court. A signed hard copy must be provided to the U.S. Trustee.

| The debtor has provided the following with this monthly operating report: | Yes | No |
|---|---|---|
| **UST-2A** **Comparative Balance Sheet**  *This item is in process.* | ❏ | X |
| **UST-2B** **Comparative Income Statement** | X | ❏ |
| **UST-2C** **Cash Receipts and Disbursements Statement** | X | ❏ |
| **UST-2C Continuation Sheet for Each Account** | X | ❏ |
| **Detailed List of Receipts and Disbursements for Each Account** | X | ❏ |
| **Bank Statement for Each Account** | X | ❏ |
| **Bank Reconciliation for Each Account** | X | ❏ |
| **UST-2D** **Supplemental Information** | ❏ | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date: 08-24-2020

Name: Annette Moore

Signature: *Annette Moore*

Title: *Accountant*

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

| Case No. | 20-20081-TLM | Report Month/Year | Jul-20 |
|---|---|---|---|
| Debtor | IDC ENTERPRISES, INC. | | |

| | | Current Month | | Petition Date |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash | $ | 2,206 | $ | |
| Accounts Receivable | | 16,088 | | |
| Receivable from Officers, Employees, Affiliates | | | | |
| Inventory | | | | |
| Other Current Assets :(List) | Employee Advances | 1,100 | | |
| | | | | |
| Total Current Assets | | 19,393 | | |
| | | | | |
| Fixed Assets: | | | | |
| Land | | | | |
| Building | | | | |
| Equipment, Furniture and Fixtures * | | 1,331,645 | | |
| | | | | |
| Total Fixed Assets | | 1,331,645 | | |
| Less: Accumulated Depreciation * | ( | 771,307 | ( | ) |
| Net Fixed Assets | | 560,338 | | |
| | | | | |
| Other Assets (List): | | | | |
| | | | | |
| **TOTAL ASSETS** | $ | 579,731 | $ | |
| | | | | |
| **LIABILITIES** | | | | |
| Post-petition Trade Accounts Payable | $ | | $ | |
| Post-petition Accrued Profesional Fees | | | | |
| Post-petition Taxes Payable | | | | |
| Post-petition Notes Payable | | | | |
| Other Post-petition Payables (List): | Account overdraw | 473 | | |
| | | | | |
| Total Post Petition Liabilities | | 473 | | |
| | | | | |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 377,667 | | |
| Priority Debt | | 98,092 | | |
| Unsecured Debt | | 78,550 | | |
| | | | | |
| Total Pre Petition Liabilities | | 554,309 | | |
| | | | | |
| **TOTAL LIABILITIES** | | 554,782 | | |
| | | | | |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | | 24,949 | | |
| Retained Earnings - Prepetition | | | | |
| Retained Earnings - Post-petition | | | | |
| | | | | |
| **TOTAL OWNERS' EQUITY** | | 24,949 | | |
| | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 579,731 | $ | |

*Explain any significant changes on Form UST-2D, Supplemental Information*
   *Per Book Depreciation Schedule. Fixed Assets are currently under review, as is Depreciation.

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**

| | | |
|---|---|---|
| Case No. 20-20081-TLM | Report Month/Year | Jul-20 |
| Debtor IDC ENTERPRISES, INC. | | |

| | Current Month | Total Post-Petition |
|---|---|---|
| **GROSS SALES/REVENUE** | $ 19,534 | $ 25,400 |
| Less: Discounts, Returns and Allowances | | |
| Net Sales/Revenue | 19,534 | 25,400 |
| | | |
| Cost of Sales: | | |
| Beginning Inventory | $ | |
| Add: Purchases | 652 | |
| Less: Ending Inventory | ( ) | |
| Cost of Goods Sold | 652 | 652 |
| | | |
| **GROSS PROFIT** | $ 18,882 | $ 24,748 |
| | | |
| Operating Expenses: | | |
| Officers' Salaries | | |
| Other Salaries | | |
| Employee Benefits/Payroll Taxes | | |
| Insurance | 236 | 6,467 |
| Rent and Lease Payments * | | 1,964 |
| Other (list):    Auto * | 302 | 4,291 |
|     Bank Charges | 14 | 238 |
|     Freight & Delivery * | | 1,425 |
|     Meals, Business | 35 | 35 |
|     License & Permits | | 2,410 |
|     Lodging | 184 | 1,246 |
|     Office | 7 | 229 |
|     Parts | 764 | 4,181 |
|     Repairs & Maintenance | 726 | 3,768 |
|     Supplies | 212 | 859 |
|     Tire Expenses | | 719 |
|     Tools | 89 | 230 |
|     Utilities | 291 | 2,702 |
| Total Operating Expenses | 2,860 | 30,763 |
| | | |
| **OPERATING INCOME (LOSS)** | $ 16,023 | $ (6,015) |
| | | |
| Add: Other Income | | |
| Less: Interest Expense | | |
| Less: Professional Fees and Other Reorganization Expenses | | |
| Other Adjustments to Income (explain) | | |
| Gain (Loss) on Sale of Assets | | |
| | | |
| **NET INCOME (LOSS) BEFORE TAXES** | $ 16,023 | $ (6,015) |
| | | |
| Income Tax Expense (Benefit) | | |
| | | |
| **NET INCOME (LOSS)** | $ 16,023 | $ (6,015) |

* Payments in the amount of $2,790.09 from Jason's personal account, paid in June, 2020.

### CHAPTER 11 MONTHLY OPERATING REPORT - CASH RECEIPTS AND DISBURSEMENTS STATEMENT

Case No. __20-20081-TLM__                Report Month/Year _____ Jul-20

Debtor __IDC ENTERPRISES, INC.__

| **SUMMARY** | | Current Month | | Total Post-Petition |
|---|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ | (272) | $ | 446 |
| **Total cash receipts** (from UST-2C continuation sheets) | | 10,378 | | 36,619 |
| **Total cash disbursements** from (UST-2C continuation sheets) | | 8,373 | | 35,332 |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ | 2,005 | | 1,287 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 1,733 | $ | 1,733 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  20-20081-TLM                                        Report Month/Year _____ Jul-20
Debtor     IDC ENTERPRISES, INC.

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     Wells Fargon, DIP
**Account number:**              2786986048

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | $ | 25 |
| Add:      Transfers in from other estate bank accounts | | |
|            Cash receipts deposited to this account | | 3,447 |
| Subtract: Transfers out to other estate bank accounts | | |
|            **Cash disbursements** from this account | | 1,266 |
| Adjustments, if any (explain) | | |
| **Net cash flow** <br>(receipts and transfers in less disbursements and transfers out) | $ | 2,181 |
| **Ending cash balance, per Debtor's books** <br>(beginning balance plus net cash flow) | $ | 2,206 |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | X | ☐ |
| • Bank statement | X | ☐ |
| • Bank reconcilation | X | ☐ |

# Wells Fargo Business Choice Checking



July 31, 2020 ■ Page 1 of 4

IDC ENTERPRISES, INC
DEBTOR IN POSSESSION
CH 11 CASE #20-20081(ID)
450 WHITEBIRD ST
GRANGEVILLE ID 83530-6005

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $24.70 |
| Deposits/Credits | 3,446.80 |
| Withdrawals/Debits | - 1,265.89 |
| **Ending balance on 7/31** | **$2,205.61** |
| Average ledger balance this period | $1,175.11 |

Account number:     **048**

**IDC ENTERPRISES, INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #20-20081(ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124103799

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 7/8 | | Df Development Paymentjnl 200707 Idc 0000Idc Enterpises, | 1,726.29 | | 1,750.99 |
| 7/20 | 1002 | Check | | 300.00 | |
| 7/20 | 1001 | Check | | 300.00 | 1,150.99 |
| 7/21 | 99 | Check | | 651.89 | 499.10 |
| 7/27 | | Df Development Paymentjnl 200724 Idc 0000Idc Enterpises, | 1,720.51 | | 2,219.61 |
| 7/31 | | Monthly Service Fee | | 14.00 | 2,205.61 |
| **Ending balance on 7/31** | | | | | **2,205.61** |
| **Totals** | | | **$3,446.80** | **$1,265.89** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 99 | 7/21 | 651.89 | 1001 * | 7/20 | 300.00 | 1002 | 7/20 | 300.00 |

*  Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2020 - 07/31/2020 | Standard monthly service fee $14.00 | You paid $14.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $1,175.00 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 99 |
| **Date Posted** | 07/21/20 |
| **Check Amount** | $651.89 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1001 |
| **Date Posted** | 07/20/20 |
| **Check Amount** | $300.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1002 |
| **Date Posted** | 07/20/20 |
| **Check Amount** | $300.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**5:28 PM**

**08/23/20**

# IDC Enterprises Inc
## Reconciliation Summary
### Wells Fargo DIP, Period Ending 07/31/2020

|  | Jul 31, 20 |  |
|---|---|---|
| **Beginning Balance** |  | 24.70 |
| **Cleared Transactions** |  |  |
| **Checks and Payments - 4 items** | -1,265.89 |  |
| **Deposits and Credits - 2 items** | 3,446.80 |  |
| **Total Cleared Transactions** | 2,180.91 |  |
| **Cleared Balance** |  | **2,205.61** |
| **Register Balance as of 07/31/2020** |  | 2,205.61 |
| **New Transactions** |  |  |
| **Checks and Payments - 1 item** | -270.28 |  |
| **Deposits and Credits - 2 items** | 0.00 |  |
| **Total New Transactions** | -270.28 |  |
| **Ending Balance** |  | **1,935.33** |

5:28 PM

08/23/20

# IDC Enterprises Inc
# Reconciliation Detail
### Wells Fargo DIP, Period Ending 07/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 24.70 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 07/17/2020 | 1001 | Brandon [] Ray | X | -300.00 | -300.00 |
| Check | 07/17/2020 | 1002 | Dalton [] Minden | X | -300.00 | -600.00 |
| Check | 07/20/2020 | 99 | Pierson Ent | X | -651.89 | -1,251.89 |
| Check | 07/31/2020 | | | X | -14.00 | -1,265.89 |
| Total Checks and Payments | | | | | -1,265.89 | -1,265.89 |
| | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 07/08/2020 | | | X | 1,726.29 | 1,726.29 |
| Deposit | 07/27/2020 | | | X | 1,720.51 | 3,446.80 |
| Total Deposits and Credits | | | | | 3,446.80 | 3,446.80 |
| | | | | | | |
| Total Cleared Transactions | | | | | 2,180.91 | 2,180.91 |
| | | | | | | |
| **Cleared Balance** | | | | | 2,180.91 | 2,205.61 |
| | | | | | | |
| Register Balance as of 07/31/2020 | | | | | 2,180.91 | 2,205.61 |
| | | | | | | |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Paycheck | 08/15/2020 | 3 | Zack Eads | | -270.28 | -270.28 |
| Total Checks and Payments | | | | | -270.28 | -270.28 |
| | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Paycheck | 08/15/2020 | 2 | Kenneth D Minden | | 0.00 | 0.00 |
| Paycheck | 08/15/2020 | 1 | Braden D Ray | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| | | | | | | |
| Total New Transactions | | | | | -270.28 | -270.28 |
| | | | | | | |
| **Ending Balance** | | | | | 1,910.63 | 1,935.33 |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

| | | | |
|---|---|---|---|
| Case No. | 20-20081-TLM | Report Month/Year | Jul-20 |
| Debtor | IDC ENTERPRISES, INC. | | |

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:** Umpqua Bank, Business
**Account number:** ‾ ‾ ‾ ‾ ‾8346

| | | | |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $ | (297) |
| Add: | Return Items | | 797 |
| | Cash receipts deposited to this account | | 0 |
| Subtract: | ACH Debits, NSF fees, and overdraft fees | | 973 |
| | **Cash disbursements** from this account | | |
| Adjustments, if any (explain) | | | |
| **Net cash flow** | | $ | (176) |
| (receipts and transfers in less disbursements and transfers out) | | | |
| **Ending cash balance, per Debtor's books** | | $ | (473) |
| (beginning balance plus net cash flow) | | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | X | ☐ |
| • Bank statement | X | ☐ |
| • Bank reconcilation | X | ☐ |

# UMPQUA BANK

July 31, 2020   Page: **1** of **2**

Customer Service:
1-866-486-7782

IDC ENTERPRISES INC
450 WHITEBIRD ST
GRANGEVILLE ID 83530-6005

Last statement: June 30, 2020
This statement: July 31, 2020

Umpqua Bank Rules & Regulations updates go into effect 7-1-2020. This update mainly includes changes to Umpqua Bank's Funds Availability Policy. Next business day funds availability has increased to $225, if there is a hold on a check. For more info, and to review other changes, you may request a copy by calling us at 1-866-486-7782 or visiting umpquabank.com/disclosures.

## BUSINESS FREE CHECKING

| | | | |
|---|---|---|---|
| Account number | 346 | Beginning balance | -$296.63 |
| Low balance | -$703.21 | Deposits/Additions | $796.77 |
| Average balance | -$389.72 | Withdrawals/Subtractions | $972.76 |
| Interest earned | $0.00 | Ending balance | -$472.62 |

### Other Deposits/ Additions

| Date | Description | Additions |
|---|---|---|
| 07-16 | Return Item Westmark Credit Payment 20200716 | 265.59 |
| 07-21 | Return Item Westmark Credit Retry Pymt 20200721 | 265.59 |
| 07-24 | Return Item Westmark Credit Retry Pymt 20200724 | 265.59 |
| **Total Other Deposits/ Additions** | | **$796.77** |

### ACH and Electronic Payments/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 07-16 | ACH Debit Westmark Credit Payment 20200716 | 265.59 |
| 07-21 | ACH Debit Westmark Credit Retry Pymt 20200721 | 265.59 |
| 07-24 | ACH Debit Westmark Credit Retry Pymt 20200724 | 265.59 |
| **Total ACH and Electronic Payments/Subtractions** | | **$796.77** |

Member FDIC      Equal Housing Lender      SBA Preferred Lender

IDC ENTERPRISES INC

July 31, 2020   Page: **2** of **2**

### Card Transactions/Withdrawals

| Date | Description | Subtractions |
|------|-------------|--------------|
| 07-16 | POS Purchase Terminal Vbase2 Apple.Com/Bill 866-712-7 CA Xxxxxxxxxxxx4169 | .99 |
| **Total Card Transactions/Withdrawals** | | **$0.99** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|------|-------------|--------------|
| 06-30 | Overdraft Fee For Overdraft POS Purchase 000001006140000 | 35.00 |
| 07-16 | Overdraft Fee For Overdraft POS Purchase 000001001660000 | 35.00 |
| 07-16 | NSF Fee For Return Of ACH Debit 031101114513446 | 35.00 |
| 07-21 | NSF Fee For Return Of ACH Debit 031101118883932 | 35.00 |
| 07-24 | NSF Fee For Return Of ACH Debit 031101112951709 | 35.00 |
| **Total Other Withdrawals/Subtractions** | | **$175.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-30 | -331.63 | 07-21 | -437.62 | 07-31 | -472.62 |
| 07-16 | -402.62 | 07-24 | -472.62 | | |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $70.00 | $490.00 |
| **Total Returned Item Fees** | $105.00 | $105.00 |

### Checks

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC      Equal Housing Lender 🏠      SBA Preferred Lender

10:50 PM

08/23/20

# IDC Enterprises Inc
## Reconciliation Summary
### Umpqua Bank, Period Ending 07/31/2020

|  | Jul 31, 20 |  |
|---|---|---|
| **Beginning Balance** |  | -296.63 |
| **Cleared Transactions** |  |  |
| **Checks and Payments - 9 items** | -972.76 |  |
| **Deposits and Credits - 3 items** | 796.77 |  |
| **Total Cleared Transactions** | -175.99 |  |
| **Cleared Balance** |  | **-472.62** |
| **Register Balance as of 07/31/2020** |  | -472.62 |
| **Ending Balance** |  | -472.62 |

10:50 PM

08/23/20

# IDC Enterprises Inc
## Reconciliation Detail
### Umpqua Bank, Period Ending 07/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | -296.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 06/30/2020 | | NSF | X | -35.00 | -35.00 |
| Check | 07/16/2020 | | Westmark Credit | X | -265.59 | -300.59 |
| Check | 07/16/2020 | | NSF | X | -35.00 | -335.59 |
| Check | 07/16/2020 | | NSF | X | -35.00 | -370.59 |
| Check | 07/16/2020 | | Apple.Com | X | -0.99 | -371.58 |
| Check | 07/21/2020 | | Westmark Credit | X | -265.59 | -637.17 |
| Check | 07/22/2020 | | NSF | X | -35.00 | -672.17 |
| Check | 07/24/2020 | | Westmark Credit | X | -265.59 | -937.76 |
| Check | 07/24/2020 | | NSF | X | -35.00 | -972.76 |
| | | **Total Checks and Payments** | | | -972.76 | -972.76 |
| | | **Deposits and Credits - 3 items** | | | | |
| Deposit | 07/17/2020 | | | X | 265.59 | 265.59 |
| Deposit | 07/22/2020 | | | X | 265.59 | 531.18 |
| Deposit | 07/24/2020 | | | X | 265.59 | 796.77 |
| | | **Total Deposits and Credits** | | | 796.77 | 796.77 |
| | | **Total Cleared Transactions** | | | -175.99 | -175.99 |
| **Cleared Balance** | | | | | -175.99 | -472.62 |
| **Register Balance as of 07/31/2020** | | | | | -175.99 | -472.62 |
| **Ending Balance** | | | | | **-175.99** | **-472.62** |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  20-20081-TLM                                   Report Month/Year _____ Jul-20
Debtor    IDC ENTERPRISES, INC.

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Umpqua Bank, Personal
**Account number:**                          6789

**Beginning cash balance, per Debtor's books**                 $        0

Add:       Transfers in from other estate bank accounts           6,135
           Cash receipts deposited to this account                    0

Subtract:  Transfers out to other estate bank accounts
           **Cash disbursements** from this account               6,135

Adjustments, if any (explain)

**Net cash flow**                                              $        0
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**                    $        0
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | X | ☐ |
| • Bank statement | X | ☐ |
| • Bank reconcilation | X | ☐ |

# UMPQUA BANK

*✓ 6 1 3 4. 61 Business* July 24, 2020   Page: 1 of 3

*1,845.37 Non-business*

*$ 7 9 7 9. 9 8*

Customer Service:
1-866-486-7782

JASON D LUNDERS
450 WHITE BIRD ST
GRANGEVILLE ID 83530-6005

Umpqua Bank Rules & Regulations updates go into effect 7-1-2020. This update mainly includes changes to Umpqua Bank's Funds Availability Policy. Next business day funds availability has increased to $225, if there is a hold on a check. For more info, and to review other changes, you may request a copy by calling us at 1-866-486-7782 or visiting umpquabank.com/disclosures.

## embark checking

| | | | |
|---|---|---|---|
| Account number | **6789** | **Beginning balance** | **$4,097.04** |
| Last statement date | 6/24/20 | Deposits/Additions | $9,104.00 |
| **This statement date** | **7/24/20** | Withdrawals/Deductions | $5,328.98 |
| Average balance | $2,946.86 | Checks | $2,651.00 |
| Low balance | $179.02 | Interest earned | $0.00 |
| | | **Ending balance** | **$5,221.06** |

*$ 7,979.99   Total*

## deposits and additions

| Date | Description | Amount |
|---|---|---|
| 06-29 | POS deposit  terminal vbase2 progressive *insur ance 800-776-4 OH | $14.00 |
| 07-02 | Deposit | $4,090.00 |
| 07-20 | Deposit | $5,000.00 |
| | Total Additions: | **$9,104.00** |

## withdrawals and deductions

| Date | Description | Amount |
|---|---|---|
| 06-25 | POS purchase  terminal 1 cash & carry foods grangevil ID | -$92.16 |
| 06-25 | POS purchase  terminal 36980132 coastline equip la ke f 208-63439 ID | -$401.07 ✗ |
| 06-26 | POS purchase  terminal 1 ridley's food & dr u mccall ID | -$113.55 |
| 06-29 | POS purchase  terminal 2642003 pats glass & overh ead mccall ID | -$964.00 ✗ |
| 06-29 | POS purchase  terminal 1 cash & carry foods grangevil ID | -$81.68 |
| 06-30 | POS purchase  terminal 1 cash & carry foods grangevil ID | -$62.54 |
| 06-30 | POS purchase  terminal 00000001 pp*idaho central c redi 800-45650 ID | -$370.75 |

Member FDIC       Equal Housing Lender       SBA Preferred Lender

JASON D LUNDERS                                        July 24, 2020    Page: **2** of **3**

| Date | Type | Description | Handwritten | Amount |
|---|---|---|---|---|
| 07-01 | POS purchase | terminal 00006343 harbor freight too LS 8 lewiston ID | misc tools IDC | -$88.98 X |
| 07-01 | POS purchase | terminal 001 jiffy lube #2662 lewiston ID | IDC | -$113.80 X |
| 07-01 | POS purchase | terminal 00003527 north 40 outfitter S le lewiston ID | | -$212.49 X |
| 07-03 | POS purchase | terminal 1 maverik #271 mccall ID | | -$59.43 X |
| 07-06 | POS purchase | terminal 21 conoco - schweitze r co ponderay ID | | -$60.62 X |
| 07-06 | POS purchase | terminal 02731829 harrison trading p ost harrison ID | | -$21.57 |
| 07-07 | POS purchase | terminal 1 valley gas lapwai ID | | -$68.08 X |
| 07-07 | POS purchase | terminal 2651001 the trails and lou nge grangevil ID | | -$35.00 X |
| 07-07 | ACH debit | instamed regence bl 20200707 | | -$401.82 |
| 07-09 | POS purchase | terminal 1 cash & carry foods grangevil ID | | -$35.37 |
| 07-09 | POS purchase | terminal 00003217 early bird supply grangevil ID | | -$65.35 |
| 07-10 | POS purchase | terminal vbase2 hns*hughesnet.com 866-347-3 md | Elk City IDC | -$39.99 X |
| 07-10 | POS purchase | terminal 76816002 partsway grangevil ID | Parts IDC | -$211.33 X |
| 07-10 | Debit memo | ID state tax commission 208-750-3929 | | -$311.67 |
| 07-10 | Misc service charge | garnishment fee | | -$10.00 |
| 07-13 | POS purchase | terminal 00003109 ace home center grangevil ID | | -$23.28 |
| 07-13 | POS purchase | terminal 50689733 the print shop grangevil ID | IDC | -$6.89 X |
| 07-13 | POS purchase | terminal 00003109 ace home center grangevil ID | | -$16.94 |
| 07-14 | POS purchase | terminal 1 cash & carry foods grangevil ID | | -$32.74 |
| 07-14 | POS purchase | terminal vbase2 Avista bill pay 800-936-6 WA | IDC | -$250.00 X |
| 07-14 | POS purchase | terminal vbase2 progressive ins 855-758-0 OH | Insurance IDC | -$236.00 X |
| 07-15 | POS purchase | terminal 1 bell equipment grangevil ID | Parts IDC | -$252.67 X |
| 07-15 | POS purchase | terminal 1 ridley's food & dr u mccall ID | | -$85.58 |
| 07-20 | POS purchase | terminal 03939096 ic billing 208-798-0 ID | | -$299.66 |
| 07-20 | POS purchase | terminal 1 cash & carry foods grangevil ID | | -$58.30 |
| 07-20 | POS purchase | terminal 66518334 hotel cascade LLC cascade ID | Lodging IDC | -$183.60 X |
| 07-20 | POS purchase | terminal 1 cash & carry foods grangevil ID | | -$6.87 |

Total Deductions: **-$5,328.98**

## checks

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1019 | $600.00 | 06-25 | *1041 | $500.00 | 07-24 |
| *1022 | $825.00 | 06-30 | | | |
| 1023 | $726.00 | 07-07 | | | |

(* Skip in check sequence, R - Check has been returned)

Total Checks Paid: **-$2,651.00**

## daily balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06-24 | $4,097.04 | 07-02 | $4,269.02 | 07-13 | $2,115.88 |
| 06-25 | $3,003.81 | 07-03 | $4,209.59 | 07-14 | $1,607.64 |
| 06-26 | $2,890.26 | 07-06 | $4,127.40 | 07-15 | $1,269.39 |
| 06-29 | $1,858.58 | 07-07 | $2,836.70 | 07-20 | $5,721.06 |
| 06-30 | $594.29 | 07-09 | $2,735.98 | 07-24 | $5,221.06 |
| 07-01 | $179.02 | 07-10 | $2,162.99 | | |

Member FDIC    Equal Housing Lender    SBA Preferred Lender

JASON D LUNDERS                                           July 24, 2020   Page: **3** of **3**

## overdraft fee summary

|  | Total for this period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |


# UMPQUA BANK

# Activity - Deposit Accounts

Report created:      08/23/2020 07:54:03 PM (ET)
Account:             *6789 • Checking • Personal CK • Available $3,735.93
Date range:          6/25/2020 to 7/24/2020
Transaction types:   All debits
Detail option:       Includes transaction detail

**123205054 • *6789 • Checking • Personal CK • Available $3,735.93**

| Post Date | Reference | Additional Reference | Description | Debit | Credit |
|---|---|---|---|---|---|
| 07/24/2020 | 1041 | 1041 *X* | CHECK PAID *Dalton Minden - Draw* | $500.00 | *IDC* |
| 07/20/2020 | ~~CASH & CARRY FOODS~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$6.87~~ | |
| 07/20/2020 | HOTEL CASCADE LLC | *Lodging* | ATM DEBIT POS PURCHASE TERMINAL 66518334 HOTEL CASCADE LLC CASCADE ID | $183.60 | *IDC* |
| 07/20/2020 | ~~CASH & CARRY FOODS~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$58.20~~ | |
| 07/20/2020 | IC BILLING | *Parts* | ATM DEBIT POS PURCHASE TERMINAL 03939096 IC BILLING 208-798-0 ID | $299.66 | *IDC* |
| 07/15/2020 | ~~RIDLEY'S FOOD & DRU~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 RIDLEY'S FOOD & DRU MCCALL ID~~ | ~~$85.58~~ | |
| 07/15/2020 | BELL EQUIPMENT | *Parts* | ATM DEBIT POS PURCHASE TERMINAL 1 BELL EQUIPMENT GRANGEVIL ID | $252.67 | *IDC* |
| 07/14/2020 | PROGRESSIVE INS | *Insurance* | ATM DEBIT POS PURCHASE TERMINAL VBASE2 PROGRESSIVE INS 855-758-0 OH | $236.00 | *IDC* |
| 07/14/2020 | AVISTA BILL PAY | *Utilities* | ATM DEBIT POS PURCHASE TERMINAL VBASE2 AVISTA BILL PAY 800-936-6 WA | $250.00 | *IDC* |
| 07/14/2020 | ~~CASH & CARRY FOODS~~ | . | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$22.24~~ | |
| 07/13/2020 | ~~ACE HOME CENTER~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 00009109 ACE HOME CENTER GRANGEVIL ID~~ | ~~$16.94~~ | |
| 07/13/2020 | THE PRINT SHOP | *Office* | ATM DEBIT POS PURCHASE TERMINAL 50689733 THE PRINT SHOP GRANGEVIL ID | $6.89 | *IDC* |
| 07/13/2020 | ~~ACE HOME CENTER~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 00003109 ACE HOME CENTER GRANGEVIL ID~~ | ~~$23.28~~ | |
| 07/10/2020 | 413000710144415 | | ~~MISCELLANEOUS DEBIT GARNISHMENT FEE~~ | ~~$18.00~~ | |
| 07/10/2020 | 413000710144415 | | ~~MISCELLANEOUS DEBIT ID STATE TAX COMMISSION 208-750-3929~~ | ~~$911.67~~ | . |
| 07/10/2020 | PARTSWAY | *Parts* | ATM DEBIT POS PURCHASE TERMINAL 76816002 PARTSWAY GRANGEVIL ID | $211.33 | *IDC* |
| 07/10/2020 | HNS*HUGHESNET.COM | *Utilities* | ATM DEBIT *Internet - Elk City* POS PURCHASE TERMINAL VBASE2 HNS*HUGHESNET.COM | $39.99 | *IDC* |

| Date | Description | Check# / Note | Transaction Detail | Amount | Note |
|------|-------------|---------------|--------------------|--------|------|
| 07/09/2020 | ~~EARLY BIRD SUPPLY~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 00003217 EARLY BIRD SUPPLY GRANGEVIL ID~~ | ~~$65.35~~ | |
| 07/09/2020 | ~~CASH & CARRY FOODS~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$35.37~~ | |
| 07/07/2020 | 1023 | 1023 *Repairs* | CHECK PAID *Korri Rasmussen* | $726.00 | *IDC* |
| 07/07/2020 | InstaMed RE | | ~~PREAUTHORIZED ACH DEBIT~~ ~~InstaMed REGENCE BL 20200707~~ | ~~$461.62~~ | |
| 07/07/2020 | THE TRAILS AND LOUNGE | *Business Meals* | ATM DEBIT POS PURCHASE TERMINAL 2651001 THE TRAILS AND LOUNGE GRANGEVIL ID | $35.00 | *IDC* |
| 07/07/2020 | VALLEY GAS | *Fuel* | ATM DEBIT POS PURCHASE TERMINAL 1 VALLEY GAS LAPWAI ID | $68.08 | *IDC* |
| 07/06/2020 | ~~HARRISON TRADING POST~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 02731829 HARRISON TRADING POST HARRISON ID~~ | ~~$21.57~~ | |
| 07/06/2020 | CONOCO - SCHWEITZER C | *Fuel* | ATM DEBIT POS PURCHASE TERMINAL 21 CONOCO - SCHWEITZER CO PONDERAY ID | $60.62 | *IDC* |
| 07/03/2020 | MAVERIK #271 | *Fuel* | ATM DEBIT POS PURCHASE TERMINAL 1 MAVERIK #271 MCCALL ID | $59.43 | *IDC* |
| 07/01/2020 | NORTH 40 OUTFITTERS L | *Supplies* | ATM DEBIT POS PURCHASE TERMINAL 00003527 NORTH 40 OUTFITTERS LE LEWISTON ID | $212.49 | *IDC* |
| 07/01/2020 | JIFFY LUBE #2662 | *Maintenance* | ATM DEBIT POS PURCHASE TERMINAL 001 JIFFY LUBE #2662 LEWISTON ID | $113.80 | *IDC* |
| 07/01/2020 | HARBOR FREIGHT TOOLS | *Tools* | ATM DEBIT POS PURCHASE TERMINAL 00006343 HARBOR FREIGHT TOOLS 8 LEWISTON ID | $88.98 | *IDC* |
| 06/30/2020 | 1022 | 1022    X | CHECK PAID *Pat Griswold - Trucking* | $825.00 | *IDC* |
| 06/30/2020 | ~~PP*IDAHO CENTRAL CRED~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 00000001 PP*IDAHO CENTRAL CREDI 800-45650 ID~~ | ~~$376.75~~ | |
| 06/30/2020 | ~~CASH & CARRY FOODS~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$62.54~~ | |
| 06/29/2020 | ~~CASH & CARRY FOODS~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$81.98~~ | |
| 06/29/2020 | PATS GLASS & OVERHEAD | *Rental* | ATM DEBIT POS PURCHASE TERMINAL 2642003 PATS GLASS & OVERHEAD MCCALL ID | $964.00 | *IDC* |
| 06/26/2020 | ~~RIDLEY'S FOOD & DRU~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 RIDLEY'S FOOD & DRU MCCALL ID~~ | ~~$113.55~~ | |
| 06/25/2020 | 1019 | 1019    X | CHECK PAID *Cole Patterson Set-up & Transport* | $600.00 | *IDC* |
| 06/25/2020 | COASTLINE EQUIP LAKE | *Repairs* | ATM DEBIT POS PURCHASE TERMINAL 36980132 COASTLINE EQUIP LAKE F 208-63439 ID | $401.07 | *IDC* |
| 06/25/2020 | ~~CASH & CARRY FOODS~~ | | ATM DEBIT ~~POS PURCHASE TERMINAL 1 CASH & CARRY FOODS GRANGEVIL ID~~ | ~~$392.16~~ | |
| 07/24/2020 | Totals | | | $7,979.98 | $0.00 |

**JASON D LUNDERS**
450 WHITE BIRD ST
GRANGEVILLE, ID 83530-6005

1019

95-505/1232
50274

DATE _June 18 2020_

PAY TO THE
ORDER OF _Cole Patteson_     $ 600ᵃ

_Six hundred dollars even_    DOLLARS

UMPQUA BANK    (866) 486-7782

FOR _____

⑆123205054⑆    6789⑆    1019

**JASON D LUNDERS**
450 WHITE BIRD ST
GRANGEVILLE, ID 83530-6005

1022

96-505/1232
50274

DATE *June 30 2020*

PAY TO THE
ORDER OF *Peb Griswold*    $ *825⁰⁰*

*Eight hundred twenty five dollars even*    DOLLARS

Photo
Safe
Deposit®
Details on back

**UMPQUA BANK**   (866) 486-7782

FOR _____    *Jason D. Lunders*

⑈123205054⑈    :    6789⑈   1022

**JASON D LUNDERS**
450 WHITE BIRD ST
GRANGEVILLE, ID 83530-6005

1023

96-505/1232
50274

DATE July 3 2020

PAY TO THE ORDER OF  Rocci Rasmussen    $ 726 00

Seven hundred twenty six dollars even    DOLLARS

🌲 **UMPQUA BANK**    (866) 486-7782

FOR _____     Jason D Lunders   MP

⑆123205054⑆    ⑈378⑆    1023

Harland Clarke

**JASON D LUNDERS**
450 WHITE BIRD ST
GRANGEVILLE, ID 83530-6005

1041

88-505/1232
50274

DATE July 29

PAY TO THE
ORDER OF Dalton Minden                                    $ 500.00

Five hundred dollars even                              DOLLARS

UMPQUA BANK    (866) 486-

FOR Draw                          Jason D Lunders

⑈123205054⑈    6789⑈    1041

9:26 PM

08/23/20

# IDC Enterprises Inc
# Reconciliation Summary
### Umpqua  APIC, Period Ending 07/31/2020

|  | Jul 31, 20 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 21 items** | -6,134.61 |
| **Deposits and Credits - 1 item** | 6,134.61 |
| **Total Cleared Transactions** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 07/31/2020** | 0.00 |
| **Ending Balance** | 0.00 |

9:26 PM

08/23/20

# IDC Enterprises Inc
## Reconciliation Detail
### Umpqua  APIC, Period Ending 07/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 21 items** | | | | | | |
| Check | 06/18/2020 | 1019 | Cole Patterson | X | -600.00 | -600.00 |
| Check | 06/25/2020 | | Coastline Equipment | X | -401.07 | -1,001.07 |
| Check | 06/29/2020 | | Pats Glass & Overhead Door | X | -964.00 | -1,965.07 |
| Check | 06/30/2020 | 1022 | Pat Griswold | X | -825.00 | -2,790.07 |
| Check | 07/01/2020 | | North 40 Outfitters | X | -212.49 | -3,002.56 |
| Check | 07/01/2020 | | Jiffy Lube | X | -113.80 | -3,116.36 |
| Check | 07/01/2020 | | Harbor Freight Tools | X | -88.98 | -3,205.34 |
| Check | 07/03/2020 | 1023 | Korri Rasmussen | X | -726.00 | -3,931.34 |
| Check | 07/03/2020 | | Maverik | X | -59.43 | -3,990.77 |
| Check | 07/06/2020 | | Conoco | X | -60.62 | -4,051.39 |
| Check | 07/07/2020 | | Valley Gas | X | -68.08 | -4,119.47 |
| Check | 07/07/2020 | | The Trails and Lounge | X | -35.00 | -4,154.47 |
| Check | 07/10/2020 | | Partsway | X | -211.33 | -4,365.80 |
| Check | 07/10/2020 | | Hughesnet.com | X | -39.99 | -4,405.79 |
| Check | 07/13/2020 | | The Print Shop | X | -6.89 | -4,412.68 |
| Check | 07/14/2020 | | Avista | X | -250.00 | -4,662.68 |
| Check | 07/14/2020 | | Progressive Insurance | X | -236.00 | -4,898.68 |
| Check | 07/15/2020 | | Bell Equipment | X | -252.67 | -5,151.35 |
| Check | 07/20/2020 | | IC Billing | X | -299.66 | -5,451.01 |
| Check | 07/20/2020 | | Hotel Cascade | X | -183.60 | -5,634.61 |
| Check | 07/24/2020 | 1041 | Dalton [] Minden | X | -500.00 | -6,134.61 |
| | | | **Total Checks and Payments** | | **-6,134.61** | **-6,134.61** |
| | | | **Deposits and Credits - 1 item** | | | |
| Deposit | 07/25/2020 | | | X | 6,134.61 | 6,134.61 |
| | | | **Total Deposits and Credits** | | **6,134.61** | **6,134.61** |
| | | | **Total Cleared Transactions** | | **0.00** | **0.00** |
| **Cleared Balance** | | | | | 0.00 | 0.00 |
| **Register Balance as of 07/31/2020** | | | | | 0.00 | 0.00 |
| **Ending Balance** | | | | | **0.00** | **0.00** |

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

Case No. _____ 20-20081-TLM _____   Report Month/Year _____ Jul-20

Debtor _____ IDC ENTERPRISES, INC

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| Total unpaid post-petition taxes | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other: | | | | |
| Other: | | | | |

*If any policies were renewed or replaced during reporting period, attach new certificate of insurance.*

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

Case No. _____ 20-20081-TLM

Report Month/Year _____ Jul-20

Debtor _____ IDC ENTERPRISES, INC.

**Accounts Receivable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  |  |  |
| Post-petition receivables | 16,088 |  |  |  | 16,088 |
| Total | 16,088 |  |  |  | 16,088 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables |  |  |  |  |  |
| Other Payables |  |  |  |  |  |
| Total |  |  |  |  |  |

**Personnel Changes**

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month |  |  |
| Number of employees at end of month |  |  |

**Other Information**

|  | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts**<br>Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | ❑ | x |
| **Sale of Assets**<br>Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchaser, sale price, net proceeds received, and date of court approval.* | ❑ | x |
| **Post-Petition Financing**<br>Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | ❑ | x |

**Narrative**

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

UST-2D

United States Trustee-District of Idaho

**CHAPTER 11 POST-CONFIRMATION QUARTERLY REPORT**

Case No    20-20081-TLM
Debtor     IDC ENTERPRISES, INC.                    For Quarter Ended    Jul-20

**SUMMARY OF RECEIPTS AND DISBURSEMENTS DURING QUARTER:**

1.   Cash balance, beginning of quarter                                            $ _____
2.   Cash receipts during quarter from all sources                                   _____
3.   Cash disbursements during quarter, including plan payments                   ( _____ )
4.   Cash balance, end of quarter (or as of report date for final report)          $ _____

**BREAKDOWN OF AMOUNTS DISBURSED:**

                                                   Paid During
                                                     Quarter

**Disbursements for Operations**            $ _____

                                        Paid During        Total Paid        Total Pymts.
                                          Quarter           to Date           Projected
                                                                              Under Plan
**Disbursements under Confirmed Plan**

1.   **ADMINISTRATIVE EXPENSES**
     Plan Trustee Fees/Expenses          $ _____    $ _____    $ _____
     Other Professional Fees/Expenses      _____      _____      _____
     Other Administrative Expenses         _____      _____      _____
     **TOTAL ADMINISTRATIVE EXPENSES**   $ _____    $ _____    $ _____

2.   **SECURED CREDITORS**               $ _____      _____      _____

3.   **PRIORITY CREDITORS**              $ _____      _____      _____

4.   **UNSECURED CREDITORS**             $ _____      _____      _____

5.   **EQUITY SECURITY HOLDERS**         $ _____      _____      _____

6.   **Other:** _____              $ _____      _____      _____

**TOTAL PLAN PAYMENTS (lines 1 - 6)**    $ _____    $ _____    $ _____

**TOTAL QUARTERLY DISBURSEMENTS**        $ _____

**PLAN STATUS:**                                                                      Yes  No

1.   Have all payments been made as set forth in the confirmed plan?  (If no, attach explanation.)    ☐   ☐

2.   Are all post-confirmation obligations current?  (If no, attach explanation.)    ☐   ☐

3.   Projected date of application for final decree:        _____

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION*
*QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

                                        _____
                                                  Reorganized Debtor

        Date: _____        Signature: _____
                                        Title: _____

United States Trustee-District of Idaho                                    UST-3
                                                                     January 2009

5:31 PM

08/24/20

Accrual Basis

**IDC Enterprises Inc**

# Balance Sheet

### As of July 31, 2020

|  | Jul 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Bank Accounts** | |
| Umpqua Bank | -472.62 ✕ |
| Wells Fargo DIP | 2,205.61 |
| **Total Bank Accounts** | 1,732.99 |
| **Total Checking/Savings** | 1,732.99 |
| **Accounts Receivable** | |
| Accounts Receivable | 16,087.57 |
| **Total Accounts Receivable** | 16,087.57 |
| **Other Current Assets** | |
| Advances | 1,100.00 |
| **Total Other Current Assets** | 1,100.00 |
| **Total Current Assets** | 18,920.56 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| Equipment per Book Schedule | 1,331,645.00 |
| Accumulated Depreciation | -771,307.00 |
| **Total Fixed Assets** | 560,338.00 |
| **Total Fixed Assets** | 560,338.00 |
| **TOTAL ASSETS** | **579,258.56** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **DIP Loans** | |
| Alaska National Insurance | 4,513.00 |
| Alaska Power & Telephone | 174.61 |
| Amur Equipment Finance | 33,351.84 |
| Andrews Properties | 1,490.00 |
| Bank of the Pacific | 344,315.88 |
| Diesel & Machine, Inc. | 14,000.17 |
| Feenaught Machinery | 1,859.14 |
| Idaho State Tax Commission | 100.40 |
| IRS | 97,991.23 |
| Les Schwab | 11,500.00 |
| Petro 49 | 4,628.27 |
| Rad Mulching & Excavating | 40,385.00 |
| **Total DIP Loans** | 554,309.54 |
| **Total Long Term Liabilities** | 554,309.54 |
| **Total Liabilities** | 554,309.54 |
| **Equity** | |
| Additional Paid-in Capital | 24,564.11 |
| NSF Charges | -175.00 |
| Opening Balance Equity | 6,574.74 |
| Net Income | -6,014.83 |
| **Total Equity** | 24,949.02 |
| **TOTAL LIABILITIES & EQUITY** | **579,258.56** |

**5:24 PM**

**08/24/20**

**Accrual Basis**

# IDC Enterprises Inc
# Profit & Loss
### July 2020

|  | Jul 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income - Poles | 16,087.57 |
| Revenue | 3,446.80 |
| **Total Income** | 19,534.37 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 651.89 |
| **Total COGS** | 651.89 |
| **Gross Profit** | 18,882.48 |
| **Expense** | |
| **Automobile Expense** | |
| Fuel, oil, additives | 301.93 |
| **Total Automobile Expense** | 301.93 |
| Bank Service Charges | 14.00 |
| Insurance Expense | 236.00 |
| Meals and Entertainment | 35.00 |
| Office Supplies | 6.89 |
| Parts | 763.66 |
| Repairs and Maintenance | 726.00 |
| Supplies | 212.49 |
| Tools | 88.98 |
| **Travel Expense** | |
| Lodging | 183.60 |
| **Total Travel Expense** | 183.60 |
| Utilities | 290.98 |
| **Total Expense** | 2,859.53 |
| **Net Ordinary Income** | 16,022.95 |
| **Net Income** | 16,022.95 |

5:23 PM

08/24/20

# IDC Enterprises Inc
# Statement of Cash Flows
### July 2020

|  | Jul 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 16,022.95 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable | -16,087.57 |
| Advances | -1,100.00 |
| **Net cash provided by Operating Activities** | **-1,164.62** |
| **FINANCING ACTIVITIES** | |
| Additional Paid-in Capital | 6,134.61 |
| NSF Charges | -140.00 |
| **Net cash provided by Financing Activities** | **5,994.61** |
| **Net cash increase for period** | **4,829.99** |
| **Cash at beginning of period** | **-3,097.00** |
| **Cash at end of period** | **1,732.99** |