# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In re:** | Case No. 20-20081-NGH |
| **IDC ENTERPRISES, INC.,** | Chapter 7 |
| Debtor. | |

### ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS MATTER having come before the Court on July 28, 2021, upon the Motion to Withdraw (Doc. No. 201) of D. Blair Clark, appearances being made by the Trustee, the movant and Jason Lunders, the principal of the Debtor and on his own behalf;

And the Court having expressed concerns over allowing Debtor to proceed without counsel, but also having recognized that Mr. Clark was at all times ONLY the attorney for the Debtor, and not the Debtor's principal or his other affiliated entities;

IT IS HEREBY ORDERED that the Motion of D. Blair Clark and the Law Office of D. Blair Clark, PC, to withdraw as counsel for the Debtor ONLY, be, and hereby is, DENIED.

//end of text//

DATED: July 30, 2021



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by D. Blair Clark.