Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
       chad@angstman.com

Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDC ENTERPRISES, INC.,<br><br>Debtor. | Case No. 20-20081-NGH<br><br>Chapter 7 |

**MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

The Trustee, Patrick J. Geile ("Geile" or the "Trustee"), by and through his attorneys of record, ANGSTMAN JOHNSON, moves this Court for an order entering an injunction restraining IDC Enterprises, Inc. (the "Debtor"), along with non-debtor entities IDC Equipment, LLC, and IDC Land, LLC, and non-debtor individual Jason Lunders who is the sole owner of all three entities, from selling, disposing, encumbering or otherwise transferring or causing the transfer of any assets or property until the pending *Motion to Consolidate* (Dkt. No. 183) is finally resolved by this Court.

This motion is made pursuant to 11 U.S.C. § 105 and Rule 65 of the Federal Rules of Civil Procedure and is supported by the concurrently filed *Memorandum in Support of Motion for Preliminary Injunctive Relief*, which is incorporated here by reference.

MOTION FOR PRELIMINARY INJUNCTIVE RELIEF – PAGE 1

## NOTICE OF INTENT TO PRESENT EVIDENCE AND/OR WITNESSES

The Trustee provides notice, pursuant to Local Bankr. R. 9014.1 of its intent to present evidence through witnesses and/or documents at any hearing on this Motion.

DATED this 7th day of October, 2021.

                                              /s/ Matt Christensen
                                       MATTHEW T. CHRISTENSEN
                                       Attorneys for Trustee

MOTION FOR PRELIMINARY INJUNCTIVE RELIEF – PAGE 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2021, I filed the foregoing MOTION FOR PRELIMINARY INJUNCTIVE RELIEF electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Robert P. Blasco | rpblasco@hoffmanblasco.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@angstman.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Megan J Costello | mjcostello@hoffmanblasco.com |
| Patrick John Geile | pgeile@foleyfreeman.com |
| David Wayne Newman | david.w.newman@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |
| Gary L Rainsdon | trustee@filertel.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid, addressed as follows:

Corbett Auctions & Appraisals
Corbett Auctions & Appraisals Inc.
PO Box 191261
Boise, ID 83719

IDC Enterprises, Inc.
450 White Bird Street
Grangeville, ID 83530

McKenna Thompson
Ripley Doorn & Company PLLC
1140 S. Allante Avenue
Boise, ID 83709

IDC Land, LLC
450 White Bird Street
Grangeville, ID 83530

Jason D. Lunders
450 White Bird Street
Grangeville, ID 83530-6005

                /s/ Matt Christensen
                Matthew T. Christensen