## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| IDC ENTERPRISES, INC., | ) | Case No. 20-20081-NGH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

### NOTICE OF TELEPHONIC STATUS HEARING

PLEASE TAKE NOTICE that this case has been set for a telephonic status hearing before the Honorable Jim D. Pappas on **Wednesday, November 30, 2022, at 10:30 a.m.** (Mountain Time) to discuss the following: Trustee's Motion to Approve Compromise under Rule 9019 (Dkt. No. 331).

Parties are to call the teleconference number at least ten minutes prior to the start of the hearing by dialing the number below and following the prompts:

**Teleconference number: 1-669-254-5252**
**Meeting ID: 161 6005 5341**

Please remember to mute your phone until your case is called. Once your hearing is concluded, you may hang up.

Dated:   November 25, 2022.

STEPHEN W. KENYON
Clerk, U.S. Bankruptcy Court

By: /s/ *Amie Duong*
Amie Duong, Deputy Clerk

United States Bankruptcy Court
District of Idaho

In re:                                                                          Case No. 20-20081-NGH

IDC Enterprises, Inc.                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-3                           User: admin                                    Page 1 of 2
Date Rcvd: Nov 25, 2022                        Form ID: pdf035                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

**Recip ID               Recipient Name and Address**
db                   +   IDC Enterprises, Inc., 450 White Bird Street, Grangeville, ID 83530-6005

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2022                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed
below:**

| Name | Email Address |
|------|---------------|
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| D Blair Clark | on behalf of Accountant Annette Moore dbc@dbclarklaw.com<br>mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com |
| D Blair Clark | on behalf of Debtor IDC Enterprises  Inc. dbc@dbclarklaw.com,<br>mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com |
| D Blair Clark | on behalf of Witness Jason Del Lunders dbc@dbclarklaw.com<br>mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com |

David Wayne Newman
on behalf of U.S. Trustee US Trustee david.w.newman@usdoj.gov  ustp.region18.bs.ecf@usdoj.gov

Joseph Went
on behalf of Interested Party Jason Lunders JGWent@hollandHart.com  blschroeder@hollandhart.com

Joseph Went
on behalf of Interested Party IDC Land LLC JGWent@hollandHart.com  blschroeder@hollandhart.com

Joseph Went
on behalf of Interested Party IDC Equipment  LLC JGWent@hollandHart.com, blschroeder@hollandhart.com

Matthew T. Christensen
on behalf of Trustee Patrick John Geile mtc@johnsonmaylaw.com
mtcecf@gmail.com;mar@johnsonmaylaw.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;at
ty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

Megan J Costello
on behalf of Defendant Viking Lumber Company  Inc. mjcostello@hoffmanblasco.com

Megan J Costello
on behalf of Counter-Claimant Viking Lumber Company  Inc. mjcostello@hoffmanblasco.com

Patrick John Geile
on behalf of Trustee Patrick John Geile pgeile@foleyfreeman.com
ID21@ecfcbis.com;abennett@foleyfreeman.com;ekashirny@foleyfreeman.com

Patrick John Geile
pgeile@foleyfreeman.com  ID21@ecfcbis.com;abennett@foleyfreeman.com;ekashirny@foleyfreeman.com

Randall A Peterman
on behalf of Counter-Claimant Viking Lumber Company  Inc. rap@givenspursley.com,
kad@givenspursley.com;wandawhite@givenspursley.com

Randall A Peterman
on behalf of Defendant Viking Lumber Company  Inc. rap@givenspursley.com,
kad@givenspursley.com;wandawhite@givenspursley.com

Randall A Peterman
on behalf of Creditor Viking Lumber Company  Inc. rap@givenspursley.com,
kad@givenspursley.com;wandawhite@givenspursley.com

Robert A Faucher
on behalf of Interested Party IDC Equipment  LLC rfaucher@hollandhart.com,
boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert A Faucher
on behalf of Interested Party IDC Land LLC rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert A Faucher
on behalf of Interested Party Jason Lunders rfaucher@hollandhart.com
boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert P Blasco
on behalf of Defendant Viking Lumber Company  Inc. rpblasco@hoffmanblasco.com

Robert P Blasco
on behalf of Counter-Claimant Viking Lumber Company  Inc. rpblasco@hoffmanblasco.com

Sheila Rae Schwager
on behalf of Creditor Bank of the Pacific sschwager@hawleytroxell.com  thummel@hawleytroxell.com

Tara Martens Miller
on behalf of Interested Party Jason Lunders tmmiller@hollandhart.com

Tara Martens Miller
on behalf of Interested Party IDC Equipment  LLC tmmiller@hollandhart.com

Tara Martens Miller
on behalf of Interested Party IDC Land LLC tmmiller@hollandhart.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov


TOTAL: 26